UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC et al.,<br><br>                    Plaintiff,<br><br>   v.<br><br>CHRISTINE SCHAFFNER et al.,<br><br>                    Defendant. | Case No. C20-1471-RAJ-MLP<br><br>MINUTE ORDER |

       The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

       The parties submitted a proposed stipulated protective order. (Dkt. # 26.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided.

       Accordingly, the parties' proposed stipulated protective order (dkt. # 26) is STRICKEN. The Court will consider a proposed stipulated motion with provision of a redlined version.

\\

\\

MINUTE ORDER - 1

Dated this 1st day of February, 2021.

                                                William M. McCool
                                                Clerk of Court

                                        By: /s/Tim Farrell
                                                Deputy Clerk

MINUTE ORDER - 2