1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEGRATIVE HEALTH INSTITUTE
PLLC, *et al.*,

                      Plaintiffs,

     v.

CHRISTINE SCHAFFNER, *et al.*,

                      Defendants.

Case No. C20-1471-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on Plaintiffs' pending Motion for Preliminary Injunction ("Plaintiffs' Motion"), which became ripe for the Court's consideration on March 19, 2021. (Dkt. # 28.) Defendants' response requested oral argument. (*See* dkt. # 32.) On April 14, 2021, Plaintiffs' counsel notified the Court's courtroom deputy that Mr. Kimball is currently unavailable for oral argument due to a medical emergency. Plaintiffs' counsel requested that oral argument on Plaintiffs' Motion be scheduled in late May or early June.

Based on Mr. Kimball's current unavailability for oral argument, the Clerk is directed to re-note Plaintiff's Motion (dkt. # 28) for the Court's consideration on May 21, 2021.

MINUTE ORDER - 1

1

Dated this 15th day of April, 2021.

2

William M. McCool
Clerk of Court

3

By: /s/Tim Farrell

4

Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2