UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,

    Plaintiffs,

v.

CHRISTINE SCHAFFNER, *et al.*,

    Defendants.

Case No. C20-1471-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint ("Plaintiffs' Motion"), which became ripe for the Court's consideration on April 23, 2021. (Dkt. # 43.) Defendants requested oral argument in responding to Plaintiffs' Motion. (*See* dkt. # 49.)

Based on Mr. Kimball's previously stated unavailability (dkt. # 48), oral argument on Plaintiffs' Motion is scheduled to be heard concurrently with oral argument on Plaintiffs' Motion for Preliminary Injunction (dkt. # 47) on May 26, 2021, at 10:00 a.m. The Deputy Clerk will reach out to the parties to set up the remote hearing. Specifically, the Court requests oral

MINUTE ORDER - 1

argument concerning: (1) whether Defendants are prejudiced by Plaintiffs' sought addition of Lumvi Skincare, LLC as a party to this action; and (2) whether Plaintiffs' proposed amendments to the complaint are futile at this juncture.

The Clerk is directed to re-note Plaintiff's Motion (dkt. # 43) for the Court's consideration on May 21, 2021.

Dated this 26th day of April, 2021.

<u>William M. McCool</u>
Clerk of Court

By: <u>/s/Tim Farrell</u>
Deputy Clerk

MINUTE ORDER - 2