UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,

    Plaintiffs,

v.

CHRISTINE SCHAFFNER, *et al.*,

    Defendants.

Case No. C20-1471-RAJ-MLP

ORDER

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's Motion for Preliminary Injunction (dkt. # 28) is DENIED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 25th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1