1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

INTEGRATIVE HEALTH INSTITUTE
PLLC, *et al.*,

9

                         Plaintiffs,

10

        v.

11

CHRISTINE SCHAFFNER, *et al.*,

12

                         Defendants.

13

Case No. C20-1471-RAJ-MLP

ORDER

14

15        On November 12, 2021, the parties filed a Stipulated Motion to Extend Discovery and

16   Pretrial Deadlines. (Dkt. # 90). The parties' stipulated motion requests that the Court extend the

     remaining deadlines identified in this Court's previously issued Pretrial Scheduling Order (dkt.

17   # 24) by 45 days. (Dkt. # 90 at 1-2.) The parties note there is good cause for the extension due to

18   protracted disputes about confidentiality, the scope of discovery, remaining depositions, and

19   Plaintiffs filing of a second amended complaint that added additional defendants and claims. (*Id.*

20   at 2.)

21        Accordingly, based on the parties' stipulation (dkt. # 90), and finding good cause, the

22   Court hereby ORDERS the following revised pretrial schedule:

23

ORDER - 1

| Event | Date |
|---|---|
| Reports of expert witnesses under FRCP 26(a)(2) due | 12/30/2021 |
| All motions related to discovery must be filed by (*see* LCR7(d)) | 1/15/2022 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 2/1/2022 |
| Discovery to be completed by | 2/1/2022 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 3/4/2022 |

Dated this 15th day of November, 2021.


MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2