UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE SCHAFFNER, *et al.*,<br><br>Defendants. | Case No. C20-1471-RAJ-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on Defendant Christine Schaffner's motion to compel ("Defendant's Motion"), which is currently noted for the Court's consideration on December 3, 2021, and requests oral argument. (Dkt. # 94.) On November 29, 2021, Plaintiffs withdrew and re-noted their motion to compel to be heard on December 17, 2021. (Dkt. # 98 at 1.) Accordingly, in the interest of judicial efficiency, the Clerk is directed to re-note Defendant's Motion (dkt. # 94) for the Court's consideration on **December 17, 2021**.

\\

\\

MINUTE ORDER - 1

Dated this 30th day of November, 2021.

                                           Ravi Subramanian
                                           Clerk of Court

                                   By: /s/Tim Farrell
                                           Deputy Clerk

MINUTE ORDER - 2