UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHRISTINE SCHAFFNER, *et al.*,<br><br>        Defendants. | Case No. C20-1471-RAJ-MLP<br><br>ORDER |

Currently pending before the Court is Plaintiffs' "Motion to File an Over-Length Reply Brief in Support of Plaintiffs' Motion to Compel Discovery" ("Plaintiffs' Motion"). (Dkt. # 103.) Plaintiffs' Motion requests that the Court grant leave to file a single reply brief in support of their pending motion to compel discovery, with ten (10) additional pages authorized, for a total of sixteen (16) pages. (*Id.* at 1-2.) In the alternative, Plaintiffs request leave to file four separate reply briefs, one for each Defendant in their motion to compel discovery, specifically: (1) Christine Schaffner; (2) Daniel Schaffner; (3) Bella Fiore Klinik, PLLC; and (4) Lumvi Skincare, LLC. (*Id.*) Plaintiffs argue that leave is warranted due to Plaintiffs' previous withdrawal and re-noting of their motion to compel discovery to comply with the page limit

ORDER - 1

requirements of Local Civil Rule 7(e)(4), the presence of multiple defendants, and the complexity of issues in this case. (*Id.*)

Pursuant to Local Civil Rule 7(f), motions seeking approval to file an over-length brief are disfavored. Here, Defendants' brief in opposition to Plaintiffs' motion to compel discovery has not yet been filed and is not due until December 13, 2021. Though Defendants' brief has not yet been filed, Defendants' brief in opposition is currently limited to 12 pages. *See* LCR 7(e)(4). Local Civil Rule 7(f)(4) does not permit this Court to authorize a reply brief in excess of the brief filed in opposition. *See* LCR 7(f)(4) ("In all cases, the reply brief shall not exceed one-half the total length of the brief filed in opposition.").

Accordingly, having reviewed Plaintiffs' Motion, the Court hereby ORDERS:

(1)   Plaintiffs' Motion (dkt. # 103) is DENIED.

(2)   The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 1st day of December, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2