UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHRISTINE SCHAFFNER, *et al.*,<br><br>　　　　　　Defendants. | Case No. C20-1471-RAJ-MLP<br><br>ORDER |

　　　　On April 25, 2022, the parties filed a Stipulated Motion for Extension of Discovery and Dispositive Motions Deadlines. (Dkt. # 179.) The parties' stipulated motion requests that the Court extend the remaining deadlines to allow more time to complete discovery because both parties require additional time to take depositions of lay witnesses and expert witnesses and due to outstanding documents requests. (*Id.* at 2.) The parties note there is good cause for the extension due to recent unsuccessful mediation, the scope of document production remaining, and the coordinating of witness depositions. (*Id.*)

　　　　Accordingly, based on the parties' stipulation (dkt. # 179), and finding good cause, the Court hereby ORDERS the following revised pretrial schedule:

ORDER - 1

| Discovery to be completed by | 5/31/2022 |
|---|---|
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 7/18/2022 |

Dated this 25th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2