UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>CHRISTINE SCHAFFNER, *et al.*,<br><br>                Defendants. | Case No. C20-1471-RAJ-MLP<br><br>ORDER |

      This matter comes before the Court on Defendant Christine Schaffner's Motion to Reopen the Deposition of Plaintiff Dietrich Klinghardt (dkt. # 178). The Court, having reviewed the motion, Plaintiff's response (dkt. # 181), and Defendant Schaffner's reply (dkt. # 183), hereby GRANTS the motion to reopen the deposition of Dr. Klinghardt. Defendant Schaffner shall be afforded a three-hour deposition of Dr. Klinghardt for the limited purpose of supplementing answers originally posed to Integrative Health Institute PLLC d/b/a Sophia Health Institute ("SHI")'s company designee pursuant to Federal Rule of Civil Procedure 30(b)(6). The Court has reviewed the transcript from the deposition of the SHI witness and agrees with Defendant Schaffner that the SHI witness referenced on multiple occasions that the

ORDER - 1

person with the relevant information was Dr. Klinghardt. The SHI witness was unable to answer many of the questions posed to her.

Accordingly, the Court finds good cause to reopen Dr. Klinghardt's deposition. The deposition shall be completed no later than **May 24, 2022** and may be conducted via video conferencing. The parties are further directed to provide an *in camera* transcript of the deposition to the Court within five business days of receiving the transcript from the court reporter by emailing it to: Tim_Farrell@wawd.uscourts.gov.

Dated this 10th day of May, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2