UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTEGRATIVE HEALTH INSTITUTE PLLC, *et al.*,

  Plaintiffs,

v.

CHRISTINE SCHAFFNER, *et al.*,

  Defendants.

Case No. C20-1471-RAJ-MLP

ORDER

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Counterclaim Defendant Dr. Dietrich Klinghardt's Motion for Summary Judgment (dkt. # 130) is GRANTED in part and DENIED in part, as follows: (a) Counterclaim Defendant's Motion is DENIED as to the misrepresentation claim; (b) Counterclaim Defendant's Motion is DENIED without prejudice, pursuant to Fed. R. Civ. P. 56(d), as to the claims for tortious interference and defamation; (c) Counterclaim Plaintiff Dr. Christine Schaffner's claims for breach of the duty of good faith and fair dealing and constructive discharge are DISMISSED

ORDER - 1

with prejudice; and (d) Counterclaim Plaintiff's abuse of process claim is DISMISSED as stipulated by the parties; and

    (3)    The Clerk is directed to send copies of this Order to the parties.

DATED this 12th day of May, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2