THE HONORABLE RICHARD A. JONES
(On Reference to the Hon. Michelle L. Peterson)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC d/b/a SOPHIA HEALTH INSITUTUTE, a Washington Professional Limited Liability Company, SOPHIA NUTRITION, LLC, a Washington Limited Liability Company; SOPHIA EDUCATION, LLC, a Washington Limited Liability Company; KS DISTRIBUTORS LLC, a Washington Limited Liability Company; DIETRICH KLINGHARDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE SCHAFFNER and DANIEL SCHAFFNER, as individuals and the marital community thereof; BELLA FIORE KLINIK, PLLC, a Washington Professional Limited Liability Company; BELLA FIORE ORGANIC SKIN CARE, LLC, a Washington Limited Liability Company; BELLA FIORE ORGANICS, LLC, a Washington Limited Liability Company; LUMVI SKINCARE, LLC, a Washington Limited Liability Company,<br><br>Defendants. | NO: C20-1471-RAJ-MLP<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF DISCOVERY RE: DEPOSITIONS AND DAUBERT MOTION DEADLINES<br><br>**NOTED OF MOTION CALENDAR:**<br>Thursday, June 2, 2022 |

ORDER ON STIP. MTN. FOR EXTENSION OF DISCOVERY
RE: DEPOSITIONS & DAUBERT MTN. DEADLINES - 1
(Case No. C20-1471-RAJ-MLP)

**Gordon Rees Scully Mansukhani, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

THIS MATTER having been brought on regularly before the undersigned judge of the above-entitled court upon the parties' Stipulated Motion for Extension of Discovery Regarding Depositions and Daubert Motion Deadlines; and for good cause appearing, therefore:

IT IS HEREBY ORDERED that the discovery-related extension for the limited purpose of allowing the parties to complete the depositions of Dr. Stan Smith, Imminence Ipothecary, and Bill Partin only is continued to June 24, 2022;

IT IS FURTHER ORDERED that a short continuance to file any *Daubert* motion is granted and continued to August 1, 2022; and

IT IS FURTHER ORDERED that this Court grants the following extensions to the discovery depositions and *Daubert* motion deadlines.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Depositions Deadline | 05/31/22 | 06/24/22 |
| Motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 07/18/22 | 08/01/22 |

DATED this 3rd day of June, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By:     */s/ Nicole E. Demmon*
     Nicole E. Demmon, WSBA #45322
     David W. Silke, WSBA #23761

Attorneys for Defendants Christine Schaffner;
Bella Fiore Organic Skin Care, LLC; and
Bella Fiore Klinik, PLLC

ORDER ON STIP. MTN. FOR EXTENSION OF DISCOVERY
RE: DEPOSITIONS & DAUBERT MTN. DEADLINES - 2
(Case No. C20-1471-RAJ-MLP)

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Facsimile:  (206) 689-2822

MDK LAW

By: */s/ Farnoosh Faryabi*
    Mark D. Kimball, WSBA #13146
    Farnoosh Faryabi, J.D. LL.M., WSBA #49706

Attorneys for Plaintiffs Dietrich Klinghardt, Integrative Health Institute PLLC, d/b/a Sophia Health Institute, Sophia Nutrition, LLC, Sophia Education, LLC, and
KS Distributors, LLC


OSERAN HAHN, P.S.

By: */s/ Teruyuki Olsen*
    Teruyuki ("Teru") Olsen, WSBA #40855
    Caleb Stewart, WSBA #51522

Attorneys for Defendants Christine Schaffner, Daniel Schaffner, Bella Fiore Klinik, PLLC, Bella Fiore Organic Skin Care, LLC, and Bella Fiore Organics, LLC


HART WAGNER, LLP

By: *Michael G. Jacobs*
    Joe R. Traylor, WSBA #26801
    Michael G. Jacobs, WSBA #46422

Attorneys for Defendant Christine Schaffner


McGAUGHEY BRIDGES DUNLAP, PLLC

By: *Shellie McGaughey*
    Shellie McGaughey, WSBA #16809
    Michael Jeffrey Kyllo, WSBA #51412

Attorney for Counterclaim Defendant Dietrich Klinghardt

ORDER ON STIP. MTN. FOR EXTENSION OF DISCOVERY
RE: DEPOSITIONS & DAUBERT MTN. DEADLINES - 3
(Case No. C20-1471-RAJ-MLP)

**Gordon Rees Scully Mansukhani, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822