UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTEGRATIVE HEALTH INSTITUTE PLLC d/b/a SOPHIA HEALTH INSITUTUTE, a Washington Professional Limited Liability Company, SOPHIA NUTRITION, LLC, a Washington Limited Liability Company; SOPHIA EDUCATION, LLC, a Washington Limited Liability Company; KS DISTRIBUTORS LLC, a Washington Limited Liability Company; DIETRICH KLINGHARDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTINE SCHAFFNER and DANIEL SCHAFFNER, as individuals and the marital community thereof; BELLA FIORE KLINIK, PLLC, a Washington Professional Limited Liability Company; BELLA FIORE ORGANIC SKIN CARE, LLC, a Washington Limited Liability Company; BELLA FIORE ORGANICS, LLC, a Washington Limited Liability Company; LUMVI SKINCARE, LLC, a Washington Limited Liability Company,<br><br>Defendants. | Case No. C20-1471-RAJ-MLP<br><br>STIPULATION TO SEAL DCKT NOS. 206, 207, 208 AND 209<br><br>NOTE ON MOTION CALENDAR:<br><br>AUGUST 12, 2022<br><br>*(Clerk's Action Required)* |

STIPULATION TO SEAL - 1
(Case No. 2:20-cv-01471-RAJ-MLP)

**MDK | LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

Plaintiffs and Defendants, through their respective counsel of record, stipulate and agree that the docket entries and the documents filed under the DCKT Nos. 206, 207, 208 and 209 shall be sealed as the motion is moot, Plaintiffs have not filed a response, and this case has settled.

The parties respectfully request the Court to approve this stipulation and to grant the proposed order.

DATED: August 11, 2022

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Nicole E. Demmon*

David W. Silke, WSBA #23761
E-mail: dsilke@grsm.com
Nicole E. Demmon, WSBA #45322
E-mail: ndemmon@grsm.com
Counsel to Christine Schaffner, Bella Fiore Klinik, PLLC, Bella Fiore Organic Skin Care, LLC, Bella Fiore Organics, LLC

OSERAN HAHN P.S.

/s/ *Teruyuki S. Olsen*

DATED: August 12, 2022

Teruyuki S. Olsen, WSBA #40855
Email: tolsen@ohswlaw.com
Caleb Stewart, WSBA #51522
Email: cstewart@ohswlaw.com
Counsel to Christine Schaffner, Daniel Schaffner, Bella Fiore Klinik, PLLC, Bella Fiore Organic Skin Care, LLC, Bella Fiore Organics, LLC, Lumvi Skincare, LLC

HART WAGNER LLP

DATED:  August 12, 2022

/s/ *Michael G. Jacobs*

Michael G. Jacobs, WSBA #46422
Email: mgj@hartwagner.com
Joe R. Traylor, WSBA #26801
Email: jrt@hartwagner.com
Counsel to Christine Schaffner and Daniel Schaffner

DATED:  August 12, 2022

McGAUGHEY BRIDGES DUNLAP, PLLC

STIPULATION TO SEAL - 2
(Case No. 2:20-cv-01471-RAJ-MLP)

**MDK | LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

|     |     |
| --- | --- |
|     | /s/ Michael J. Kyllo<br>Shellie McGaughey, WSBA #16809<br> Email: shellie@mcbdlaw.com<br>Michael Jeffrey Kyllo, WSBA #51412<br>Email: mike@mcbdlaw.com<br>Attorneys for Counterclaim Defendant<br>Dietrich Klinghardt |
| DATED: August 11, 2022 | MDK LAW<br><br>/s/ Farnoosh Faryabi<br>Mark D. Kimball, WSBA #13146<br>Email; mkimball@mdklaw.com<br>Farnoosh Faryabi, WSBA #49706<br>Email: ffaryabi@mdklaw.com<br>Attorneys for Plaintiffs |

## ORDER

The Court having considered this Stipulation of the parties, and having reviewed the records and files herein, and the Court finding good cause, therefore IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the docket entries and the documents filed under the court's docket number 206, docket number 207, docket number 208 and docket number 209 shall be sealed.

It is further ORDERED that the Clerk shall seal the documents filed under the docket numbers 206, 207, 208, 209 and their docket entries.

DONE IN OPEN COURT this 16th day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION TO SEAL - 3
(Case No. 2:20-cv-01471-RAJ-MLP)

**MDK | LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610